**UNITED STATES of America,
Appellee,**

v.

**Tyree L. WEST, Appellant.**

**No. 01–2073.**

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 13, 2001.

Filed Sept. 20, 2001.

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD and FAGG, Circuit Judges.

PER CURIAM.

Tyree L. West was arrested for possessing a firearm (firearm I) after a felony conviction. West was released pending further investigation, then indicted and re-arrested. West possessed another firearm (firearm II) at the time of his second arrest. Having waived his right to a jury trial, West was convicted by the district court * for possessing firearm I. West now appeals, arguing the court impermissibly admitted evidence of firearm II in violation of Federal Rule of Evidence 404(b). We disagree. In our view, the district court did not admit the disputed evidence. Stating it would rule on West's continuing Rule 404(b) objection after the case was submitted, the district court provisionally received the government's offer of proof of West's possession of firearm II. The district court then sustained the objection when the government attempted to cross examine West about this firearm. Additionally, the district court neither mentioned nor considered the government's evidence about firearm II in its findings of West's guilt.

We thus affirm West's conviction. *See* 8th Cir. R. 47B.

---

* The Honorable Howard F. Sachs, Senior United States District Judge for the Western District of Missouri.